**James KIRKLAND, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 38803.**

Missouri Court of Appeals,
Western District.

May 26, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 30, 1987.

Application to Transfer Denied Sept. 15, 1987.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before GAITAN, P.J., and SHANGLER and MANFORD, JJ.

## ORDER

**PER CURIAM.**

Direct appeal from a judgment denying post-conviction relief sought pursuant to Rule 27.26.

Judgment affirmed. Rule 84.16(b).

**Richard KING, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 37953.**

Missouri Court of Appeals,
Western District.

May 26, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 30, 1987.

Application to Transfer Denied Sept. 15, 1987.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before GAITAN, P.J., and SHANGLER and MANFORD, JJ.

## ORDER

**PER CURIAM:**

Appeal from denial of Rule 27.26 motion for post-conviction relief.

Affirmed. Rule 84.16(b).